UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SCOTT CLEVENGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 1:20-CV-230-RLJ-SKL ) |
| CENTURION, JOHN DOE, and JANE DOE, | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion filed herewith, Defendant's motion for summary judgment [Doc. 25] is **GRANTED**, Defendants John Doe and Jane Doe are **DISMISSED**, and this pro se prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED with prejudice**.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT